UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2723**

In re: Nicholas Kyle Martino
(Related to D.N.J. No. 1-23-mc-00011)

**ORDER**

      Action on the above-captioned petition for writ of mandamus is hereby deferred. Petitioner did not submit the filing fee or a motion for leave to proceed in forma pauperis with the petition. Within fourteen (14) days of the date of this Order, Petitioner must either file a motion for leave to proceed in forma pauperis and affidavit or remit payment of the $500.00 filing fee. A form affidavit is enclosed for Petitioner's convenience. It is noted that a petition for writ of mandamus is an original action and a separate motion for leave to proceed in forma pauperis must be filed, regardless of Petitioner's fee status in other proceedings. If the filing fee is not paid or the motion is not filed, the petition may be dismissed without further notice. See 3d Cir. L.A.R. Misc. 107.1.

      Petitioner must also serve the petition on each party to the proceeding in the trial court (or on counsel for each party), and provide a copy of the petition for writ of mandamus to the District Court judge. See Fed. R. App. P. 21(a)(1). In addition, a copy of the motion for leave to proceed in forma pauperis must be served on each party to the proceeding, to include the District Court judge. A certificate of service reflecting that the petition and motion have been served must be submitted to the Court of Appeals within fourteen (14) days of the date of this Order. See Rules 21 and 25, Federal Rules of Appellate Procedure. The petition will not be submitted to the Court until the filing fee or motion to proceed in forma pauperis and affidavit and the certificate of service are received. See Fed. R. App. P. 21(a)(3).

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: September 20, 2023
JK/cc: Nicholas Kyle Martino
      Andrew B. Johns, Esq.