**DLD-019**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2723
_____

IN RE: NICHOLAS KYLE MARTINO,
                             Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 1:23-mc-00011)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
October 26, 2023

Before: JORDAN, PORTER, and PHIPPS, Circuit Judges

_____

**ORDER**
_____

**PER CURIAM:**

      This cause came to be considered on a petition for writ of mandamus submitted on October 26, 2023. On consideration whereof, it is now hereby

ORDERED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: November 3, 2023

A True Copy:

Patricia S. Dodszuweit, Clerk