## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Nicholas Kyle Martino,
  Petitioner, *in pro per*


          v.


United States of America,
        Respondent

Case. No. _23-2723___
Related Case: 1:23-MC-00011-NLH-SAK (D.N.J.)

## PETITION FOR A REHEARING BY THE PANEL

**WHEREFORE,** on this 3rd day of November 2023, Petitioner, Nicholas Kyle Martino, *in propria persona,* hereby **PETITIONS** this Honorable Court to rehear his *Petition for Issuance of a Writ of Mandamus,* ECF 1.

Petitioner seeks rehearing by the panel only and not *en banc* pursuant to F.R.A.P. Rule 40.

**I. Introduction and factual circumstances**

1. Paragraphs 1 through 16 of the original *Petition* are reincorporated herein by reference.

2. On November 3rd, 2023, this Court entered an Opinion and Order denying the issuance of a *writ of mandamus* on the grounds that there was activity in the case after the filing of the *Petition.*

1

3. This *Petition for Rehearing* timely follows.

## II. Prayer for Relief

Wherefore, Petitioner **PRAYS** for the following relief:

1. The issuance of a *writ of mandamus* and an Order compelling the District Court to dispose of ECF 1 in *Martino v. United States,* 1:23-mc-00011-NLH-SAK, and

2. Any and all other relief to which Petitioner may be entitled.

Respectfully submitted,

    /s/ Nicholas Martino
Nicholas Martino,
*in pro per*