# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2723

In re: Nicholas Martino

(District Court/Agency No. 1-23-mc-00011)

## O R D E R

The Court has received petition for rehearing by **Nicholas K. Martino**.

Your document does not comply with the following requirement(s):

A certificate that the petition complies with the 3,900 word limitation is required under Fed. R. App. P. 32(g). An addendum to the petition containing the required certification must be filed. If the petition does not comply with the word limitation, a motion to exceed the limitation must be filed.

Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if the Court finds that a party continues not to be in compliance with the rules despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it may deem appropriate, including but not limited to the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.

The above deficiencies must be corrected by **November 20, 2023**.

No action will be taken on the document until these deficiencies are corrected.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  November 6, 2023
JK/cc:  Andrew B. Johns, Esq.
        Nicholas K. Martino