**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| Nicholas Kyle Martino,<br>   Petitioner, *in pro per*<br><br>v.<br><br>United States of America,<br>   Respondent | Case. No. 23-2723<br>Related Case: 1:23-MC-00011-NLH-SAK (D.N.J.) |

## CERTIFICATION OF WORD COUNT

**WHEREFORE**, on this 6th day of November 2023, I, Petitioner, Nicholas Kyle Martino, *in propria persona*, do hereby **CERTIFY** that my *Petition for a Panel Rehearing* and its *Memorandum in Support of,* ECF 8, both comply with the word count limitation pursuant to Fed. R. App. P. 32(g). Both documents collectively contain approximately 839 words.

Signed and executed pursuant to 28 U.S.C. § 1746.

                                                  Respectfully submitted,

                                                  /s/ Nicholas Martino
                                                 Nicholas Martino,
                                                 *in pro per*