UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2723
_____

IN RE: NICHOLAS KYLE MARTINO,
　　　　　　　　　　　　Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 1:23-mc-00011)

_____

SUR PETITION FOR PANEL REHEARING

_____

Before: JORDAN, PORTER, and PHIPPS, <u>Circuit Judges</u>

The petition for rehearing filed by petitioner in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is denied.

　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　s/　Kent A. Jordan
　　　　　　　　　　　　　　　　Circuit Judge

Dated: November 27, 2023
JK/cc: Nicholas K. Martino
　　　 Andrew B. Johns, Esq.